[Civ. No. 7388. First Appellate District, Division Two.—November 18, 1930.]

T. J. GARDNER, Respondent, v. MINNIE KREIG, Appellant.

GEORGE E. MICHAUD, Respondent, v. MINNIE KREIG, Appellant.

JAMES GARDNER, Respondent, v. MINNIE KREIG, Appellant.

IDA WOLLENHAUPT, Respondent, v. MINNIE KREIG, Appellant.

B. P. Gibbs, Barry J. Colding, Theodore Hale and Carroll B. Crawford for Appellant.

Clifton Hildebrand, James A. Myers and Granville T. Burke for Respondents.

DOOLING, J., *pro tem.*—These four cases were tried together before a jury and by stipulation of the parties are presented together upon appeal. The four plaintiffs were injured on March 10, 1929, while riding as guests in an automobile operated by appellant. Upon appeal from judgments against her only two points are made by appellant. The first, based upon the subsequent adoption of section

141¾ of the California Vehicle Act (Stats. 1929, p. 1580), is no longer open since the decision of *Krause* v. *Rarity,* 210 Cal. 644 [293 Pac. 62]. The second, that respondents were guilty of contributory negligence in doing no more than protest to appellant when they realized that she was driving at an excessive speed, was properly left to the jury which decided it against appellant. (*Curran* v. *Earle C. Anthony, Inc.,* 77 Cal. App. 462 [247 Pac. 236]; *Dowd* v. *Atlas T. & A. Service,* 187 Cal. 523 [202 Pac. 870]; *Shields* v. *King,* 207 Cal. 275 [277 Pac. 1043].)

Judgments affirmed.

Nourse, P. J., and Sturtevant, J., concurred.

A petition for a rehearing of this cause was denied by the District Court of Appeal on December 18, 1930, and a petition by appellant to have the cause heard in the Supreme Court, after judgment in the District Court of Appeal, was denied by the Supreme Court on January 12, 1931.